UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WITTE,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN YOUNG and JUDY CARVER,<br><br>        Defendants. | No. 2:14-cv-2439-TLN-EFB<br><br><br>ORDER |

On September 28, 2016, the court denied plaintiff's motion for a new trial and motion to alter or amend judgment. ECF No. 62. Plaintiff subsequently filed a notice of appeal (ECF No. 63) and a request to proceed *in forma pauperis* on appeal (ECF No. 64).

Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
> (B) claims an entitlement to redress; and
> (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Plaintiff submitted a declaration which demonstrates his inability to

1

1  pay or to give security for fees and costs.  He did not, however, claim entitlement to redress or
2  describe the issues he intends to present on appeal.

3    Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed *in forma*
4  *pauperis* on appeal (ECF No. 64) is denied without prejudice.  The Clerk of the Court is directed
5  to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and
6  plaintiff is hereby informed that he may file a motion to proceed *in forma pauperis* in the United
7  States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5).

8  DATED:  October 24, 2016.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE